liams against the Brooklyn Heights Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re WILLIAMS' WILL. (Supreme Court, Appellate Division, Fourth Department. January Term, 1903.)

PER CURIAM. Ordered, that a referee be appointed in accordance with the provisions of section 2586 of the Code of Civil Procedure, as per memorandum filed with the clerk. Ordered that, pursuant to the provisions of section 2586 of the Code of Civil Procedure, a referee, to be agreed upon, or to be named by this court upon two ·days' notice, be appointed to take such further testimony as may be offered upon the questions whether the appellant herein appeared upon. became a party to, or supported or opposed the application for, the probate of the purported will of Louisa Williams, dated June 25, 1895, and also as to the notice and knowledge, if any, which said appellant had of the proceedings for the probate of said purported will, and of the hearing of the objections thereto. Said referee to return to this court such testimony, together with his opinion thereon. The form of the order to be settled by HISCOCK, J., upon two days' notice.

WILLIAMS v. DELAWARE, L. & W. R. CO. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by Ellis R. Williams against the Delaware, Lackawanna & Western Railroad Company. No opinion. Motion for leave to appeal to the Court of Appeals granted.

WILLIAMS v. WILLIAMS et al. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) Action by Jacob V. Williams against William E. Williams and ·others. No opinion. Order setting aside verdict affirmed, with costs.

In re WILLIS. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the application of Eugene V. Willis for a peremptory writ of mandamus, directed to William H. Jones, Girdell V. Brower, and Edwin C. Willets, constituting the board of supervisors of Nassau county. No opinion. Order affirmed, with $10 costs and disbursements.

In re WILLIS. (Supreme Court, Appellate Division, Second Department. May 28, 1903.) In the matter of the application of Eugene V. Willis for a peremptory writ of mandamus, directed to Monroe S. Wood as town clerk, etc. No opinion. Order affirmed, with $10 costs and disbursements.

WOODWORTH, Respondent, v. HARDING, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 12, 1903.) Action by Frank E. Woodworth, as surviving executor, against Bryan Harding, impleaded, etc. No opinion. Order affirmed, with $10 costs and disbursements.

ZAPF, Appellant, v. CARTER, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 2, 1903.) Action by Francis X. Zapf against Lulu N. Carter.

PER CURIAM. Order amended so as to read: "Judgment reversed upon questions of law and of fact, and new trial ordered before another referee, with costs to the appellant to abide event. This amendment is upon condition, however, that the appellant, within 10 days after entry and service of a copy of the order to be entered hereon, be permitted to withdraw his appeal to the Court of Appeals, without costs, and upon such withdrawal that the respondent, within 30 days thereafter, pay to the appellant the costs and disbursements of the appeal to the Court of Appeals, including the money expended for the purchase of the printed record. In case of the failure of the respondent to pay said costs and disbursements, the motion is denied, with $10 costs. The order to be settled before Mr. Justice WILLIAMS upon two days' notice." See 75 N. Y. Supp. 197..

ZIEMENDORF, Respondent, v. CITY OF LOCKPORT, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 19, 1903.) Action by August Ziemendorf against the city of Lockport. No opinion. Judgment and order affirmed, with costs.

*